

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Corker Custom Homes, LLC, Corker Development, LLC, and Arthur Corker, III, Appellants<br><br>No. 06-18-00092-CV     v.<br><br>Elizabeth Danner and Aaron Danner, Appellees | Appeal from the 425th Judicial District Court of Williamson County, Texas (Tr. Ct. No. 16-0539-C425).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating. |

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk